# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

### May 15, 2006

### Before

**Hon.** WILLIAM J. BAUER, *Circuit Judge*

**Hon.** JOHN L. COFFEY, *Circuit Judge*

**Hon.** MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff-Appellee,* | Appeal from the United States District Court for the Southern District of Indiana, Evansville Division. |
| **No.** 05-4519<br>**v.** | No. 3:04CR00036-002 |
| JOHN JORDAN, JR.,<br>*Defendant-Appellant.* | Richard L. Young,<br>*Judge.* |

## ORDER

The order issued in the above-entitled case on May 11, 2006, is hereby amended as follows:

On the first page, in the caption, the district court judge should be listed as "Richard" L. Young.